# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand and nineteen.

Before: Dennis Jacobs,
Rosemary S. Pooler,
Richard C. Wesley,
*Circuit Judges.*

---

Fresno County Employees' Retirement Association,

Plaintiff – Appellee,

v.

Isaacson/Weaver Family Trust,

Objector – Appellant.

---

**JUDGMENT**

Docket No. 17-2662

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe